Meyer Law Group LLP
Michael H. Meyer,    SBN 82336
Brent D. Meyer,    SBN 266152
268 Bush Street #3639
San Francisco, CA 94101
Phone: (415) 765-1588
Fax:    (415) 762-5277
brent@meyerllp.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA DIVISION

| | |
|---|---|
| IN RE:<br><br>HEATHER VAN SWEARINGEN,<br><br>Debtor. | Bankruptcy Case No.: 11-11568<br><br>Chapter 13<br><br>Assigned to the<br>Honorable Alan Jaroslovsky<br><br>FIRST AMENDED SCHEDULE D AND F |

**FIRST AMENDED SCHEDULES D AND F**

First Amended Schedules D and F

HEATHER VAN SWEARINGEN ("Debtor") amends Schedule D and F as follows:

Attached as Exhibit "A" is a true and accurate copy of the complete SCHEDULE D – CREDITORS HOLDING SEURED CLAIMS – FIRST AMENDED and SCHEDULE F – CREDITORS HOLDING UNSECURED CLAIMS – FIRST AMENDED.

I, HEATHER VAN SWEARINGEN, Debtor herein, declare under penalty of perjury that the foregoing Amendments to Schedule D and Schedule F are true and correct and that this declaration is executed this 26th day of July, 2011, at San Rafael, California.

    /s/ HEATHER VAN SWEARINGEN
Heather Van Swearingen

First Amended Schedules D and F