# EXHIBIT A

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of California

In re **Heather Van Swearingen**, Debtor

Case No. **11-11568**

Chapter **13**

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 500,000.00 | | |
| B - Personal Property | Yes | 3 | 25,220.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 490,604.89 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 11,541.80 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 239,211.56 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 6,239.79 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,296.57 |
| Total Number of Sheets of ALL Schedules | | 16 | | | |
| | | Total Assets | 525,220.00 | | |
| | | | Total Liabilities | 741,358.25 | |

Case: 11-11568   Doc# 24-1   Filed: 07/27/11   Entered: 07/27/11 22:59:31   Page 2 of 7

# United States Bankruptcy Court
## Northern District of California

In re **Heather Van Swearingen**, Debtor

Case No. **11-11568**

Chapter **13**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
| --- | --- |
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 11,541.80 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 11,541.80 |

**State the following:**

| | |
| --- | --- |
| Average Income (from Schedule I, Line 16) | 6,239.79 |
| Average Expenses (from Schedule J, Line 18) | 5,296.57 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 6,314.43 |

**State the following:**

| | | |
| --- | --- | --- |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 11,541.80 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 239,211.56 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 239,211.56 |

B6D (Official Form 6D) (12/07)

In re  **Heather Van Swearingen**                          ,          Case No.  **11-11568**
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx1812** <br><br> **Chase Bank, N.A.** <br> **P.O. Box 1093** <br> **Northridge, CA 91328** | - | | **Opened: 1/31/02** <br><br> **First Priority Deed of Trust** <br><br> **Principal Residence:** <br> **330 Johnstone Drive** <br> **San Rafael, California 94903** <br><br> Value $     **500,000.00** | | | | **373,110.00** | **0.00** |
| Account No. <br><br> **Franchise Tax Board** <br> **Bankruptcy Unit** <br> **Sacramento, CA 95812-1673** | - | | **All Personal Property** <br><br><br><br> Value $     **25,200.00** | | | X | **8,494.89** | **0.00** |
| Account No. **xxxxxxxxxxxx0001** <br><br> **Wells Fargo Bank Nevada N.A.** <br> **P.O. Box 31557** <br> **Billings, MT 59107** | - | | **Opened: 8/16/02** <br><br> **Principal Residence:** <br> **330 Johnstone Drive** <br> **San Rafael, California 94903** <br><br> Value $     **500,000.00** | | | | **109,000.00** | **0.00** |
| Account No. <br><br><br><br><br> Value $ | | | | | | | | |

| **0** continuation sheets attached | Subtotal (Total of this page) | **490,604.89** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **490,604.89** | **0.00** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **Heather Van Swearingen**, Case No. **11-11568**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx1244** <br><br>**Cal Coast Credit Servicing** <br> **2906 Mcbride Lane** <br> **Santa Rosa, CA 95403** | | - | **Opened: 10/07/10** <br> **Assigned from Prima Medical Foundation** | | | | **464.00** |
| Account No. **xx1243** <br><br>**Cal Coast Credit Servicing** <br> **2906 Mcbride Lane** <br> **Santa Rosa, CA 95403** | | - | **Opened: 10/07/10** <br> **Assigned from Prima Medical Foundation** | | | | **117.00** |
| Account No. **xxxx-xxxx-xxxx-4694** <br><br>**First National Collection Bureau, Inc.** <br> **610 Waltham Way** <br> **Sparks, NV 89434** | | - | **Assigned from First Reliance Holdings, LLC** | | | | **14,689.38** |
| Account No. **xxxxxxxxxxxx8778** <br><br>**First Premier** <br> **3820 N Louise Ave** <br> **Sioux Falls, SD 57107** | | - | **Opened: 6/01/05** <br> **Credit Card** | | | | **352.00** |
| **_2_** continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | **15,622.38** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Case: 11-11568  Doc# 24-1  Filed: 07/27/11  Entered: 07/27/11 22:59:31  Page 5 of 7

S/N:43017-110715   Best Case Bankruptcy

In re **Heather Van Swearingen**, Case No. **11-11568**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community / H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | | - | **Income Taxes for 2002 through 2006** | | | | 168,612.83 |
| Account No. **xxxx3523**<br><br>**Jaguar Credit**<br>**Po Box 111897**<br>**Nashville, TN 37222** | | - | **Opened: 8/13/05**<br>**Deficiency Balance on Repossessed Automobile** | | | | 5,200.00 |
| Account No.<br><br>**Law Office of Nelson & Kennard**<br>**P.O. Box 13807**<br>**Sacramento, CA 95853** | | | **Assigned From:**<br>**Jaguar Credit** | | | | Notice Only |
| Account No. **xxxxxxxxx7820**<br><br>**Macys/FDSB**<br>**P.O. Box 8122**<br>**Mason, OH 45040** | | - | **Opened: 3/01/92**<br>**Notice Only** | | | | 0.00 |
| Account No. **6517375**<br><br>**NCO Financial Systems, Inc.**<br>**1804 Washington Blvd.**<br>**Baltimore, MD 21230** | | - | **Assigned from SLM Financial** | | | | 16,523.74 |

Sheet no. **1** of **2** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 190,336.57

B6F (Official Form 6F) (12/07) - Cont.

In re **Heather Van Swearingen**, Case No. **11-11568**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx0422**<br><br>**P Stassinos**<br>**5150 Sunrise Bvld, Ste. B6**<br>**Fair Oaks, CA 95628** | | - | **Opened: 7/01/04**<br>**Assigned from The UPS Store 7th Street** | | | | 130.00 |
| Account No. **xxxx7935**<br><br>**Patelco Credit Union**<br>**156 2nd Street**<br>**San Francisco, CA 94105** | | - | **Opened: 4/23/92**<br>**Credit Card** | | | | 15,372.00 |
| Account No.<br><br>**Romy Taubman, Esq.**<br>**999 Fifth Avenue, Suite 400**<br>**San Rafael, CA 94901** | | - | **Legal Services** | | | | 1,450.00 |
| Account No. **15357106**<br><br>**Sallie Mae**<br>**P.O. Box 9532**<br>**818 West 7th Street**<br>**Wilkes Barre, PA 18773-9532** | | - | **Student Loan** | | | | 16,300.61 |
| Account No. | | | | | | | |

Sheet no. **2** of **2** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **33,252.61**

Total (Report on Summary of Schedules)    **239,211.56**