Meyer Law Group LLP
Michael H. Meyer,    SBN 82336
Brent D. Meyer,      SBN 266152
268 Bush Street #3639
San Francisco, CA 94101
Phone: (415) 765-1588
Fax:   (415) 762-5277
brent@meyerllp.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA DIVISION

| | |
|---|---|
| IN RE: | Bankruptcy Case No.: 11-11568 |
| HEATHER VAN SWEARINGEN, | Chapter 13 |
| Debtor. | Assigned to the Honorable Alan Jaroslovsky |
| | FIRST AMENDED SCHEDULE I AND J |

**FIRST AMENDED SCHEDULES I AND J**

HEATHER VAN SWEARINGEN ("Debtor") amends Schedule I and J as follows:

Attached as Exhibit "A" is a true and accurate copy of the complete SCHEDULE I – CURRENT INCOME OF INDIVIDUAL DEBTOR – FIRST AMENDED and SCHEDULE J – CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS – FIRST AMENDED.

I, HEATHER VAN SWEARINGEN, Debtor herein, declare under penalty of perjury that the foregoing Amendments to Schedule I and Schedule J are true and correct and that this declaration is executed this 26th day of July, 2011, at San Rafael, California.

    /s/ HEATHER VAN SWEARINGEN
Heather Van Swearingen

First Amended Schedules I and J

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104